**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: Frank Steven Salvi<br>       Tina Marie Salvi aka Tina Marie Wilson<br>              Debtor(s) | CHAPTER 13<br><br>BKY. NO. 24-12582 PMM |

**ENTRY OF APPEARANCE AND REQUEST FOR NOTICES**

To the Clerk:

    Kindly enter my appearance on behalf of Rocket Mortgage, LLC f/k/a Quicken Loans, LLC f/k/a Quicken Loans Inc and index same on the master mailing list.

                                                        Respectfully submitted,

                                          /s/ *Denise Carlon*
                                          Denise Carlon
                                          07 Aug 2024, 13:27:49, EDT

                                          KML Law Group, P.C.
                                          701 Market Street, Suite 5000
                                          Philadelphia, PA 19106-1532
                                          (215) 627-1322