# UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | : | Chapter 13 |
| | : | |
| **Frank and Tina Salvi** | : | Case No. 24-12582 (PMM) |
| Debtors. | : | |

## ORDER TO SHOW CAUSE WHY: 1) THIS CASE SHOULD NOT BE DISMISSED AND 2) A BAR ORDER SHOULD NOT BE ENTERED AGAINST THE DEBTORS

**AND NOW,** the Debtors having filed this bankruptcy case on July 26, 2024;

AND the Debtors having filed five (5) previous bankruptcy cases;

AND it appearing that the Debtors may be filing for bankruptcy protection repeatedly despite there being no intent of pursuing a legitimate bankruptcy purpose;

It is therefore hereby **ORDERED**, that the Debtors **SHALL APPEAR** for a hearing on **Thursday, September 5, 2024 at 11:00 a.m. in the United States Bankruptcy Court, Gateway Building, Fourth Floor Courtroom, 201 Penn St., Reading, Pennsylvania, 19601**.

It is further **ORDERED** that failure to appear for the hearing may result in **dismissal of this case as well as the imposition of a one (1) year bar to filing for bankruptcy protection** without further notice or hearing.

**Date: 8/19/24**

_Patricia M. Mayer_
**PATRICIA M. MAYER**
**U.S. BANKRUPTCY JUDGE**

Copy to:
Frank and Tina Salvi
501 Eisenbrown St
Reading, PA 19605