Office Mailing Address:  
Scott F. Waterman, Trustee  
2901 St. Lawrence Avenue, Suite 100  
Reading, PA 19606

Send Payments **ONLY** to:  
Scott F. Waterman, Trustee  
P.O. Box 680  
Memphis, TN 38101-0680

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 08/01/2023 to 07/31/2024  
**Chapter 13 Case No. 24-12582-PMM**

Frank Steven Salvi  
Tina Marie Salvi  
501 Eisenbrown St  
Reading  PA  19605

Petition Filed Date: 07/26/2024  
341 Hearing Date: 08/27/2024  
Confirmation Date:

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

***There were no receipts posted to this case for the time period selected***

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

| | CLAIMS AND DISTRIBUTIONS | | | | |
|---|---|---|---|---|---|
| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
| 1 | QUANTUM3 GROUP LLC AS AGENT FOR<br>»» 001 | Unsecured Creditors | $104.70 | $0.00 | $0.00 |
| 2 | LVNV FUNDING LLC<br>»» 002 | Unsecured Creditors | $427.22 | $0.00 | $0.00 |
| 3 | LVNV FUNDING LLC<br>»» 003 | Unsecured Creditors | $627.13 | $0.00 | $0.00 |
| 4 | LVNV FUNDING LLC<br>»» 004 | Unsecured Creditors | $439.85 | $0.00 | $0.00 |
| 5 | LVNV FUNDING LLC<br>»» 005 | Unsecured Creditors | $414.90 | $0.00 | $0.00 |
| 6 | LVNV FUNDING LLC<br>»» 006 | Unsecured Creditors | $233.22 | $0.00 | $0.00 |
| 7 | ROCKET MORTGAGE LLC<br>»» 007 | Mortgage Arrears | $49,833.28 | $0.00 | $0.00 |

**Chapter 13 Case No. 24-12582-PMM**

## SUMMARY

Summary of all receipts and disbursements from date filed through 7/31/2024:

| | | | |
|---|---|---|---|
| Total Receipts: | $0.00 | Current Monthly Payment: | $860.00 |
| Paid to Claims: | $0.00 | Arrearages: | $860.00 |
| Paid to Trustee: | $0.00 | Total Plan Base: | $30,960.00 |
| Funds on Hand: | $0.00 | | |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.readingch13.com/payments/ for more information.**

- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.