# UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:  Frank and Tina Salvi,                :    Chapter 13
                                             :
                                             :    Case No. 24-12582 (PMM)
                                             :
Debtors.

## ORDER DISMISSING BANKRUPTCY CASE AND BARRING DEBTOR

**AND NOW** a hearing with regard to the Order to Show Cause (doc.# 13) having been held and concluded on September 5, 2024;

AND for the reasons stated on the record at the hearing, including the facts that the Debtors failed to file schedules and a certificate of credit counseling;

AND upon further consideration of the fact that this is the Debtors' sixth bankruptcy filing;

It is hereby **ordered** that

1) This bankruptcy case is **dismissed**; and

2) The Debtors are **barred from filing another bankruptcy case, either individually or jointly, within one year of the date of this Order without further leave of Court.**

Date:  9/5/24

_____
**PATRICIA M. MAYER**
**U.S. BANKRUPTCY JUDGE**

Copy to:
Frank and Tina Steven Salvi
501 Eisenbrown St
Reading, PA 19605