United States Bankruptcy Court

Eastern District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 24-12582-pmm |
| Frank Steven Salvi | Chapter 13 |
| Tina Marie Salvi | |
| Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-4 | User: admin | Page 1 of 2 |
| Date Rcvd: Sep 05, 2024 | Form ID: pdf900 | Total Noticed: 8 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 07, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Frank Steven Salvi, Tina Marie Salvi, 501 Eisenbrown St, Reading, PA 19605-2404 |
| 14914202 | + | Rocket Mortgage, LLC, c/o Denise Carlon, Esq, 701 Market Street, Ste 5000, Philadelphia, PA 19106-1541 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**

Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | + | Email/Text: taxclaim@countyofberks.com | Sep 06 2024 00:15:00 | Tax Claim Bureau, 633 Court Street, Second Floor, Reading, PA 19601-4300 |
| smg | + | Email/Text: usapae.bankruptcynotices@usdoj.gov | Sep 06 2024 00:15:00 | U.S. Attorney Office, c/o Virginia Powel, Esq., Room 1250, 615 Chestnut Street, Philadelphia, PA 19106-4404 |
| 14923441 | | Email/PDF: bncnotices@becket-lee.com | Sep 06 2024 00:24:02 | American First Finance, LLC, c/o Becket and Lee LLP, PO Box 3002, Malvern PA 19355-0702 |
| 14912347 | | Email/PDF: resurgentbknotifications@resurgent.com | Sep 06 2024 00:13:28 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14910929 | | Email/Text: bnc-quantum@quantum3group.com | Sep 06 2024 00:15:00 | Quantum3 Group LLC as agent for, Katapult Group Inc., PO Box 788, Kirkland, WA 98083-0788 |
| 14915829 | + | Email/Text: bankruptcyteam@quickenloans.com | Sep 06 2024 00:15:00 | Rocket Mortgage, LLC f/k/a Quicken Loans, at. el, 635 Woodward Avenue, Detroit MI 48226-3408 |

TOTAL: 6

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 14912348 | * | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains**

District/off: 0313-4                              User: admin                                    Page 2 of 2

Date Rcvd: Sep 05, 2024                          Form ID: pdf900                                Total Noticed: 8

**the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 07, 2024                     Signature:        /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 5, 2024 at the address(es) listed below:**

**Name**                          **Email Address**

DENISE ELIZABETH CARLON

on behalf of Creditor Rocket Mortgage  LLC f/k/a Quicken Loans, LLC f/k/a Quicken Loans Inc. bkgroup@kmllawgroup.com

SCOTT F. WATERMAN [Chapter 13]
ECFMail@ReadingCh13.com

United States Trustee
USTPRegion03.PH.ECF@usdoj.gov


TOTAL: 3

**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

In re:  **Frank and Tina Salvi,**

                                   :         **Chapter 13**

                                     :

                                     :         **Case No. 24-12582 (PMM)**

                                     :

        **Debtors.**

### ORDER DISMISSING BANKRUPTCY CASE AND BARRING DEBTOR

    **AND NOW** a hearing with regard to the Order to Show Cause (doc.# 13) having been held and concluded on September 5,2024;

    AND for the reasons stated on the record at the hearing, including the facts that the Debtors failed to file schedules and a certificate of credit counseling;

    AND upon further consideration of the fact that this is the Debtors' sixth bankruptcy filing;

    It is hereby **ordered** that

1) This bankruptcy case is **dismissed**; and

2) The Debtors are **barred from filing another bankruptcy case, either individually or jointly, within one year of the date of this Order without further leave of Court.**

Date:  **9/5/24**

*Patricia M. Mayer*
‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾
**PATRICIA M. MAYER**
**U.S. BANKRUPTCY JUDGE**

Copy to:
Frank and Tina Steven Salvi
501 Eisenbrown St
Reading, PA 19605