Case # ~~24-1258-0~~

24-12582

To Whom it may Concern:

I am requesting a motion to refile due to my husband was out of state doing classes for his job and was unable to get things in order at that time. I myself am disabled and have limited mobility and need treatments every week which knock me down for a few days and being alone for a few months while he was away was kind of hard for me as I couldn't line up daily help. He is now back and done w/ schooling we are awaiting the certificate from the counseling. This will be followed through w/ this time. I request this sincerely ~~please~~ please.

Thank-You

[signature]

