IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | : | Chapter 13 |
| **Tina and Frank Salvi,** | : | |
| Debtors. | : | Case No. 24-12582 (PMM) |

### ORDER SCHEDULING HEARING

**AND NOW**, upon consideration of the *pro se* Debtors' Motion for Leave to File a New Bankruptcy (doc. #21, the "Motion");

It is hereby **ORDERED** that a **hearing** with regard to the Motion shall be held on **Thursday, December 5, 2024 at 11:00 a.m.** in the United States Bankruptcy Court, Gateway Building, Fourth Floor Courtroom, 201 Penn St., Reading, Pennsylvania, 19601.

Dated: 11/21/24

_____
Hon. Patricia M. Mayer
United States Bankruptcy Judge

Copy to:
Tina and Frank Salvi
501 Eisenbrown St
Reading, PA 19605