# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | : | Chapter 13 |
| | : | |
| **Frank and Tina Salvi,** | : | |
| | : | Case No. 24-12582 (PMM) |
| Debtors. | : | |

## ORDER DENYING MOTION

**AND NOW,** upon consideration of the *pro se* Debtors' Motion for Leave to File a New Bankruptcy Petition (doc. #21, the "Motion");

AND a hearing with regard to the Motion having been held and concluded on December 19, 2024;

AND the Debtors having failed to appear at the hearing and or to offer evidence in support of their Motion;

It is therefore hereby **ordered** that the Motion is **denied**.

**Date:  12/19/24**

*/Patricia M. Mayer/*

**PATRICIA M. MAYER**
**U.S. BANKRUPTCY JUDGE**

Copy to:
Frank and Tina Salvi
501 Eisenbrown St
Reading, PA 19605