United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  Case No. 24-12582-pmm
Frank Steven Salvi  Chapter 13
Tina Marie Salvi
    Debtors

# CERTIFICATE OF NOTICE

District/off: 0313-4  User: admin  Page 1 of 2
Date Rcvd: Dec 20, 2024  Form ID: pdf900  Total Noticed: 8

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 22, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Frank Steven Salvi, Tina Marie Salvi, 501 Eisenbrown St, Reading, PA 19605-2404 |
| 14914202 | + | Rocket Mortgage, LLC, c/o Denise Carlon, Esq, 701 Market Street, Ste 5000, Philadelphia, PA 19106-1541 |
| 14915829 | + | Rocket Mortgage, LLC f/k/a Quicken Loans, at. el, 635 Woodward Avenue, Detroit MI 48226-3408 |

TOTAL: 3

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | + | Email/Text: taxclaim@countyofberks.com | Dec 21 2024 00:20:00 | Tax Claim Bureau, 633 Court Street, Second Floor, Reading, PA 19601-4300 |
| smg | + | Email/Text: usapae.bankruptcynotices@usdoj.gov | Dec 21 2024 00:21:00 | U.S. Attorney Office, c/o Virginia Powel, Esq., Room 1250, 615 Chestnut Street, Philadelphia, PA 19106-4404 |
| 14923441 | | Email/PDF: bncnotices@becket-lee.com | Dec 21 2024 00:26:20 | American First Finance, LLC, c/o Becket and Lee LLP, PO Box 3002, Malvern PA 19355-0702 |
| 14912347 | | Email/PDF: resurgentbknotifications@resurgent.com | Dec 21 2024 00:26:00 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14910929 | | Email/Text: bnc-quantum@quantum3group.com | Dec 21 2024 00:20:00 | Quantum3 Group LLC as agent for, Katapult Group Inc., PO Box 788, Kirkland, WA 98083-0788 |

TOTAL: 5

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 14912348 | * | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

District/off: 0313-4 | User: admin | Page 2 of 2
Date Rcvd: Dec 20, 2024 | Form ID: pdf900 | Total Noticed: 8

Date: Dec 22, 2024      Signature:    /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 20, 2024 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| DENISE ELIZABETH CARLON | on behalf of Creditor Rocket Mortgage  LLC f/k/a Quicken Loans, LLC f/k/a Quicken Loans Inc. bkgroup@kmllawgroup.com |
| SCOTT F. WATERMAN [Chapter 13] | ECFMail@ReadingCh13.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

TOTAL: 3

UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | : | Chapter 13 |
| | : | |
| **Frank and Tina Salvi,** | : | **Case No. 24-12582 (PMM)** |
| Debtors. | : | |

### ORDER DENYING MOTION

**AND NOW,** upon consideration of the *pro se* Debtors' Motion for Leave to File a New Bankruptcy Petition (doc. #21, the "Motion");

AND a hearing with regard to the Motion having been held and concluded on December 19, 2024;

AND the Debtors having failed to appear at the hearing and or to offer evidence in support of their Motion;

It is therefore hereby **ordered** that the Motion is **denied**.

Date:  12/19/24

_____
PATRICIA M. MAYER
U.S. BANKRUPTCY JUDGE

Copy to:
Frank and Tina Salvi
501 Eisenbrown St
Reading, PA 19605